# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

BRIDGESTONE AMERICAS TIRE
OPERATIONS LLC,

                    Plaintiff,

v.

HUF NORTH AMERICA
AUTOMOTIVE PARTS
MANUFACTURING CORP. and HUF
HULSBECK & FURST GMBH & CO.
KG,

                    Defendants.

Case No. 17-CV-951-JPS

**ORDER**

On January 5, 2018, Plaintiff filed a motion for leave to amend its Complaint. (Docket #55). The Amended Complaint updates Plaintiff's pleading based on information learned during discovery, including adding a new party and offering further allegations of patent infringement and personal jurisdiction. *Id.*; *see also* (Docket #57-1). Federal Rule of Civil Procedure 15(a)(2) sets a liberal standard for allowing amendment of pleadings. *Runnion ex rel. Runnion v. Girl Scouts of Greater Chi. and Nw. Ind.*, 786 F.3d 510, 519-20 (7th Cir. 2015). Further, Plaintiff represents that Defendants do not oppose the motion. (Docket #57-1 at 2). In light of the foregoing, the Court will grant Plaintiff's motion, and its proposed Amended Complaint shall become Plaintiff's operative pleading. (Docket #55-1). Defendants' pending motion to dismiss, directed at the original Complaint, must be denied as moot. (Docket #35); *Duda v. Bd. of Educ. of*

*Franklin Park Pub. Sch. Dist. No. 84*, 133 F.3d 1054, 1056-57 (7th Cir. 1998) (an amended complaint supersedes and renders null a prior complaint).[1]

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to amend its complaint (Docket #55) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (Docket #35) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that the parties' motions to seal (Docket #38, #49, and #56) be and the same are hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge

---

[1] The Court will also grant the parties' various motions to seal, (Docket #38, #49, and #56), filed as part of the briefing for the motion to dismiss and the motion for leave to amend.