IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>HUF NORTH AMERICA AUTOMOTIVE PARTS MANUFACTURING CORP., HUF HÜLSBECK & FURST GMBH & CO. KG, AND HUF ELECTRONICS BRETTEN GMBH<br><br>           Defendants. | Case No. 17-CV-951-JPS |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Bridgestone Americas Tire Operations, LLC and Defendants Huf North America Automotive Parts Manufacturing, Corporation, Huf Electronics Bretten GmbH, and Huf Hülsbeck & Furst GmbH & Co. KG (collectively "Huf" or "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled **"SETTLEMENT AND LICENSE AGREEMENT"** and dated February 2018, with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. § 285 or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Stipulated Motion for Dismissal with Prejudice.

AGREED TO AND APPROVED FOR ENTRY.

| | |
|---|---|
| **MICHAEL BEST & FRIEDRICH, LLP** | **GODFREY & KAHN, S.C.** |
| /s/ Johnathan H. Margolies | /s/ Matthew M. Wuest |
| Jonathan H. Margolies (SBN 1000452) | Jennifer L. Gregor |
| Patricia L. Jenness (SBN 1082658) | Brady C. Williamson |
| 100 E. Wisconsin Ave., Suite 3300 | Matthew M. Wuest |
| Milwaukee, Wisconsin 53202 | One East Main Street, Suite 500 |
| Telephone: 414-271-6560 | Madison, WI 53703 |
| Facsimile: 414-277-6560 | Phone: 608-257-3911 |
| jhmargolies@michaelbest.com | Fax: 608-257-0609 |
| pljenness@michaelbest.com | jgregor@gklaw.com |
| | bwilliam@gklaw.com |
| | mwuest@gklaw.com |

**MICHAEL BEST & FRIEDRICH, LLP**

 /s/ Johnathan H. Margolies
Jonathan H. Margolies (SBN 1000452)
Patricia L. Jenness (SBN 1082658)
100 E. Wisconsin Ave., Suite 3300
Milwaukee, Wisconsin 53202
Telephone: 414-271-6560
Facsimile: 414-277-6560
jhmargolies@michaelbest.com
pljenness@michaelbest.com

**WILMER CUTLER PICKERING HALE & DORR LLP**

Tara D. Elliott
Heath Brooks
Rachel Cohen
David P. Yin
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Tara.Elliott@wilmerhale.com
Heath.Brooks@wilmerhale.com
David.Yin@wilmerhale.com

Daniel Perry
1225 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (720) 274 -3135
Daniel.Perry@wilmerhale.com

*Attorneys for Plaintiff Bridgestone Americas Tire Operations, LLC*

**GODFREY & KAHN, S.C.**

/s/ Matthew M. Wuest
Jennifer L. Gregor
Brady C. Williamson
Matthew M. Wuest
One East Main Street, Suite 500
Madison, WI 53703
Phone: 608-257-3911
Fax: 608-257-0609
jgregor@gklaw.com
bwilliam@gklaw.com
mwuest@gklaw.com

**HONIGMAN MILLER SCHWARTZ AND COHN LLP**

J. Michael Huget (*pro hac vice* pending)
Lauren B. Edelman (*pro hac vice* pending)
Brian Arnold (*pro hac vice* pending)
315 East Eisenhower Parkway, Suite 100
Ann Arbor, MI 48108
Phone: 734-418-4254
Fax: 734-418-4255
mhuget@honigman.com
barnold@honigman.com
ledelman@honigman.com

*Attorneys for Defendant, Huf North America Automotive Parts, Manufacturing, Corp.*

2