# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| BRIDGESTONE AMERICAS TIRE OPERATIONS LLC,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>HUF NORTH AMERICA AUTOMOTIVE PARTS MANUFACTURING CORP., HUF HULSBECK & FURST GMBH & CO. KG, and HUF ELECTRONICS BRETTEN GMBH,<br><br>　　　　　　　　Defendants. | Case No. 17-CV-951-JPS<br><br><br>**ORDER** |

On February 9, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party, subject to the terms of an agreement identified as a "Settlement and License Agreement." (Docket #63). The parties further voluntarily waive any right to costs, attorneys' fees, or other expenses pursuant to 35 U.S.C. § 285 or otherwise. *Id.* The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #63) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs or attorneys' fees assessed to any party.

Dated at Milwaukee, Wisconsin, this 12th day of February, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge